IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| TRAVIS TRITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 3:07-1234 |
| | ) | JUDGE HAYNES |
| CATEGORY 5 RECORDS, LLC | ) | |
| AND RAYMOND TERMINI, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

In accordance with the Memorandum filed herewith, the motion to dismiss this case for improper venue filed by Defendants Raymond Termini and Category 5 Records, is **GRANTED**.

This is the Final Order in this action.

It is so **ORDERED**.

Entered this the 22nd day of July, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge